**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Y. Vasquez; and Cindy Garza, for and on behalf of her minor son, Santana Torres Vasquez,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Phoenix; Daniel Jones, individually and in his official capacity as a police officer for the City of Phoenix; Jane Doe Jones; Mark T. Kincannon, individually and in his official capacity as a police officer for the City of Phoenix; and Jane Doe Kincannon,<br><br>    Defendants. | No. CV-04-481-PHX-DGC<br>No. CV-05-608-PHX-DGC<br>(Consolidated Cases)<br><br>**ORDER** |

On May 1, 2006, the Court entered an order permitting the re-deposition of Trudicia Guevara. Doc. #172. The order asked the parties to inform the Court whether Ms. Guevara would have counsel at the second deposition. Defendants have notified the Court that Ms. Guevara does not have such counsel. Doc. #175.

The Court has contacted the office of the Federal Public Defender and has asked that office to provide counsel to Ms. Guevara. An attorney from the office will contact Ms. Guevara to arrange to represent her if it is Ms. Guevara's desire to be so represented. The re-deposition of Ms. Guevara should not occur before an attorney from that office has had an opportunity to arrange for such representation.

**IT IS ORDERED** directing the Clerk of the Court to mail a copy of this Order to Jane McClellan at the office of the Federal Public Defender.

DATED this 12th day of May, 2006.

_____
David G. Campbell
United States District Judge